[Nos. 1079-3; 1080-3.  Division Three.  March 26, 1976.]

THE CITY OF YAKIMA, *Respondent*, v. RENEE LEE CARTER, *Appellant*.

Appeals from judgments of the Superior Court for Yak-

ima County, Nos. 17933, 17862, J. W. McArdle, J. Pro Tem., entered February 1, 1974. *Affirmed* by unpublished per curiam opinion.